UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANE M. THEISEN,

    Plaintiff,

v.

BRENDA REDMOND,

    Defendant.
_____/

Case No. 1:23-cv-616

Hon. Hala Y. Jarbou

## ORDER

On December 18, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Defendant's motion to dismiss be granted and that this action be dismissed for lack of subject matter jurisdiction (ECF No. 20). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 2, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED**.

2

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

A judgment will issue in accordance with this order.

Dated: January 5, 2024                            /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE